# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN F. MILLER,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No: 6:16-cv-1239-Orl-28GJK

# ORDER

This case is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 22) (filed May 4, 2020). The United States Magistrate Judge has submitted a report recommending that the motion be granted.

The Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. A Joint Statement in Response to the Report and Recommendation (Doc. 25) was filed, in which the parties confirm that they have no objections. Therefore, it is ORDERED as follows:

    1.    That the Report and Recommendation filed May 5, 2020 (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 22) (filed May 4, 2020) is **GRANTED**.

3.   Richard A. Culbertson is authorized to charge and collect from Plaintiff the sum of $8,263 in attorney's fees pursuant to 42 U.S.C. § 406(b).

**DONE** and **ORDERED** in Orlando, Florida, on May 8th, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record